

**U.S. DISTRICT COURT**
**Western District of Washington**
Pro Se Registration Form
For the Electronic Case Filing System (CM/ECF)
Please complete a form for *each case* you have before the Court.
All fields are required.

**Check One:**

☐ Please register me to **receive service** of documents and notice of electronic filings to my email* via the Court's electronic filing system (CM/ECF). This option does *not* allow me to file documents electronically. I will continue to file documents in paper with the Court.

☒ Please register me to **file documents electronically**** and **receive service** of documents and notice of electronic filings to my email* via the Court's electronic filing system (CM/ECF). By signing the agreement to file your documents electronically through CM/ECF, you waive your ability to file your documents in paper form over the counter or through the mail.

Name: Eric Eugene Crowl

Case No: 3:20-cv-05352-BHS

E-mail Address: eric.crowl@citizenobservers.org

Phone no: 253-228-6036

Address: 7019 75th ST SW, Lakewood, WA 98498

Signature: [signed]   Date signed: 4/14/2020

* By registering for electronic service, you waive your right to receive service of documents by first class mail, according to Federal Rule Civil Procedure 5(b)(2)(E). You will be sent a Notice of Electronic Filing via e-mail. Upon receipt of this notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number. **The one "free look" will expire 15 days from the date the notice was sent.** After the "free look" is used or expires, the document can only be accessed through PACER (Public Access to Court Electronic Records). It is required that you establish a **PACER – Case Search Only** account, by visiting the PACER website. PACER is an automated system that allows an individual to view, print, and download documents for a nominal fee.

**By registering for electronic filing, you must familiarize yourself with and follow rules and procedures of the Court, such as the Federal Rules, Local Rules, and the Electronic Filing Procedures.

**To Email This Form:** Save a copy of this form to your computer and then send it as an attachment to: **cmecfreg@wawd.uscourts.gov**.   [Submit by Email]

**To Mail This Form:** Print and mail to: **Clerk, U.S. District Court, Western District of Washington, ATTN: ECF Registration, 700 Stewart Street, Suite 2310, Seattle, WA, 98101**.

**PACER Registration:** You are also required to request CM/ECF access via pacer.gov. Review the Pro Se Registration Instructions for step-by-step guidance. You will receive email confirmation of your registration when it is processed.

For assistance, please contact the **CM/ECF Support** at **(206)370-8440**, then press Option 2 (Seattle area), **(866)323-9293**, then press Option 2 (Outside Seattle area) or email us at: **cmecf@wawd.uscourts.gov**.

WAWD - ECF Registration Form for Pro Se Filers (Revised 01/27/2020)